IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BRAGGS, )<br>    Petitioner )<br>)<br>V. )<br>)<br>H.J. MARBERRY, Warden, )<br>    Respondent. ) | Civil Action No. 06-274 Erie |

## ORDER

_____AND NOW, this 14th day of June, 2007, the Plaintiff having filed an appeal of the Magistrate Judge's Order dated May 29, 2007, (Document No. 26)

IT IS HEREBY ORDERED that said appeal is DENIED and the Order of the Magistrate Judge be and hereby is AFFIRMED.

                                                S/Sean J. McLaughlin
                                                Sean J. McLaughlin
                                                United States District Judge

cc: all parties of record.nmk